| STATUS | DOCUMENTS | | Back to Search | Print |
|---|---|---|---|---|



| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2013-11-11 18:07:09 EST |
| Mark: | ALL CARE |
| US Serial Number: | 85817592 |
| Application Filing Date: | Jan. 08, 2013 |
| Register: | Principal |
| Mark Type: | Service Mark |
| Status: | An Office action suspending further action on the application has been sent (issued) to the applicant. To view all d click on the Trademark Document Retrieval link at the top of this page. |
| Status Date: | Oct. 31, 2013 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | ALL CARE |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of an image of a stylized flying bird in a circle above the words ALL CARE in bold stylized font. |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Disclaimer: | "CARE" |
| Design Search Code(s): | 03.15.19 - Birds or bats in flight or with outspread wings |
| | 03.15.24 - Stylized birds and bats |
| | 03.15.25 - Crows; Robins; Cardinals; Woodpeckers; Doves; Other birds; Pigeons; Ravens |
| | 26.01.02 - Circles, plain single line; Plain single line circles |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Providing in-home health care services | | |
| International Class(es): | 044 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Dec. 1991 | Use in Commerce: | Dec. 1994 |

## Basis Information (Case Level)

|  |  |  |  |  |
|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | Amended U |
| **Filed ITU:** | No | **Currently ITU:** | No | Amended I |
| **Filed 44D:** | No | **Currently 44D:** | No | Amended 4 |
| **Filed 44E:** | No | **Currently 44E:** | No | Amended 4 |
| **Filed 66A:** | No | **Currently 66A:** | No |  |
| **Filed No Basis:** | No | **Currently No Basis:** | No |  |

## Current Owner(s) Information

|  |  |  |  |
|---|---|---|---|
| **Owner Name:** | ALL CARE IN HOME SUPPORT SERVICES, INC. |  |  |
| **Owner Address:** | 2574 WEST MAIN ST.<br>MEDFORD, OREGON 97501<br>UNITED STATES |  |  |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | NEVADA |

## Attorney/Correspondence Information

**Attorney of Record**

|  |  |  |  |
|---|---|---|---|
| **Attorney Name:** | Peter E. Heuser | **Docket Number:** | 126429192019 |
| **Attorney Primary Email Address:** | trademarks@schwabe.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

|  |  |  |  |
|---|---|---|---|
| **Correspondent Name/Address:** | Peter E. Heuser<br>Schwabe, Williamson & Wyatt<br>1211 SW Fifth Avenue, Suite 1900<br>Portland, OREGON 97204<br>UNITED STATES |  |  |
| **Phone:** | 503-222-9981 | **Fax:** | 503-796-2900 |
| **Correspondent e-mail:** | trademarks@schwabe.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 31, 2013 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Oct. 31, 2013 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Oct. 31, 2013 | SUSPENSION LETTER WRITTEN | 83706 |
| Oct. 23, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 23, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |

**Exhibit B
Page 2 of 3**

| Oct. 23, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
|---|---|---|
| Sep. 09, 2013 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Sep. 09, 2013 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Apr. 23, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 23, 2013 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 23, 2013 | NON-FINAL ACTION WRITTEN | 83706 |
| Apr. 22, 2013 | ASSIGNED TO EXAMINER | 83706 |
| Jan. 18, 2013 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Jan. 17, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 11, 2013 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | ROACH, APRIL K | **Law Office Assigned:** | LAW OFFICE 115 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 115 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Oct. 31, 2013 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load